Timothy E. Grochocinski, Esq.
Nelson Bumgardner Albritton PC
15020 S. Ravinia Ave., Suite 29
Orlando Park, IL 60462

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE CONTROL VEHICLES, LLC <br><br> Plaintiff(s) <br> v. <br><br> WORLD TRADING 23, INC., d/b/a WORLD TECH TOYS <br><br> Defendant(s). | CASE NUMBER <br><br> 8:19-cv-00237-DOC-JDE <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* **[13]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Grochocinski, Timothy E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

708-675-1975        708-675-1786
*Telephone Number*    *Fax Number*

tim@nbafirm.com
*E-Mail Address*

of

Nelson Bumgardner Albritton PC
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

VOICE CONTROL VEHICLES, LLC

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Fernald, Brandon C.
*Designee's Name (Last Name, First Name & Middle Initial)*

22429        323-410-0320        323-410-0330
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

Brandon.fernald@fernaldlawgroup.com
*E-Mail Address*

of

Fernald Law Group APC
510 W. 6th Street, Suite 700
Los Angeles, CA 90014

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** March 1, 2019

*/s/ David O. Carter*

**DAVID O. CARTER, U.S. District Judge**